KING *et al. v.* FITZGERALD, OCILLA & BROXTON RAILROAD
COMPANY *et al.*

HILL, J. It appearing from the judgment of the court below that the in-
junction prayed for (the denial of which is now assigned as error) was
refused "by consent of all parties at interest," the writ of error will
be dismissed. *Zorn* v. *Lamar,* 71 *Ga.* 80.

*Writ of error dismissed. All the Justices concur.*
MAY 9, 1916.

Petition; from Ben Hill superior court. Motion to dismiss.
*J. W. Quincey* and *H. J. Quincey,* for plaintiffs.
*Brandon & Hynds* and *Crum & Jones,* for defendants.

---

HURST *v.* THE STATE.

ATKINSON, J. Where a bill of exceptions in a criminal case recites that
it is presented "within thirty days from the date of said order over-
ruling said motion for new trial," and the certificate to the bill of
exceptions is signed more than twenty days after such date, and it
does not affirmatively appear from either the record or the bill of ex-
ceptions that the latter was tendered within twenty days from the
date of such judgment, this court is without jurisdiction to entertain
such writ of error. *Evans* v. *State,* 112 *Ga.* 763 (38 S. E. 78) ; *Harris*
v. *State,* 117 *Ga.* 13 (43 S. E. 419) ; *Glawson* v. *State,* 140 *Ga.* 14 (78
S. E. 188).

*Writ of error dismissed. All the Justices concur.*
MAY 9, 1916.

Murder; from Jenkins superior court. Motion to dismiss.
*A. S. Anderson,* for plaintiff in error.
*Clifford Walker, attorney-general, R. Lee Moore, solicitor-gen-
eral,* and *Mark Bolding,* contra.